**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOYCE DEMYERS, | ) | NO. SA CV 10-1151-DDP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DOBBSON DAVIS, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying and Dismissing Petition Without Prejudice," the Petition is denied and dismissed without prejudice.

DATED: August 17, 2010.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE